IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSEPH B. COSTER, III, d/b/a TECHNICAL SALES COMPANY | * | |
| | * | |
| Plaintiff | | |
| v. | * | CIVIL NO. WMN-00-3261 |
| HONESDALE LINCOLN MERCURY, INC. | * | |
| | * | |
| LARRY WALSH, agent of HONESDALE LINCOLN MERCURY, INC. | * | |
| MANHEIM AUTO AUCTION | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The court file reflecting that service of process has been effected upon the above named defendants and that defendants have not yet filed any response to the Complaint, it is, this 14th day of February, 2001,

ORDERED that plaintiff file and serve by mail on the above named defendants a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 14 days of this order.

William M. Nickerson
United States District Judge