IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPH B. COSTER, III, d/b/a  *
TECHNICAL SALES COMPANY
                              *
          Plaintiff
                              *
vs.                                  Civil No.: WMN-00-3261
                              *
HONESDALE LINCOLN MERCURY
INC.                          *

LARRY WALSH, agent of         *
Honesdale Lincoln Mercury
                              *
MANHEIM AUTO AUCTION
                              *

    *    *    *    *    *    *    *

### O R D E R

Having read and considered the plaintiff's report pursuant to the Order of this Court dated February 14, 2001, it is, this 26th day of February 2001,

**ORDERED,** that the defendants shall file an Answer or other appropriate pleading in this case no later than April 2, 2001.

_____
WILLIAM M. NICKERSON

UNITED STATES DISTRICT JUDGE