IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF MARYLAND

JOSEPH B. COSTER, III           *

        Plaintiff               *

v.                              *       CIVIL ACTION NO.: WMN-00-3261

HONESDALE LINCOLN MERCURY,      *       NORTHERN DIVISION
INC., et al
                                *
        Defendant
*       *       *       *       *       *       *       *       *
                              **O R D E R**

   Having read and considered the plaintiff's Motion To Extend Time, it is this 17th day of May, 2001, by the United District Court for the District of Maryland hereby;

   **ORDERED**, that the plaintiff shall file a response to the defendant's pleadings no later than May 30, 2001.


                                    _____
                                    JUDGE, UNITED STATES DISTRICT COURT

