IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPH B. COSTER, III | : |
| v. | : Civil Action WMN-00-3261 |
| HONESDALE LINCOLN MERCURY, INC. et al. | : |

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 16th day of August, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant Manheim Auto Auction's Motion to Dismiss, Paper No. 10, is GRANTED;

2. That Defendant Honesdale Lincoln Mercury, Inc. and Larry Walsh's Motion to Dismiss, will be DENIED;

3. That Plaintiff's Motion to Transfer, Paper No. 15, is GRANTED,

4. That the Clerk of this Court shall transfer this action to the United States District Court for the Eastern District of Pennsylvania;

5. That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

William M. Nickerson
United States District Judge